FILED
CLERK, U.S. DISTRICT COURT
3/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jji DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Jared Ashcraft, Pro Se
PO Box 363242
North Las Vegas, NV 89036
legal@ashcraft.me

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JARED ASHCRAFT,

PLAINTIFF,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, A NORTH CAROLINA CORPORATION; AND FIRST CITIZENS BANCSHARES, INC., A DELAWARE CORPORATION,

DEFENDANTS.

Case No.: 2:26-cv-02251-JLS-JDE

**NOTICE OF PAYMENT OF FILING FEE AND REQUEST FOR IMMEDIATE ISSUANCE OF SUMMONSES**

Plaintiff Jared Ashcraft, proceeding pro se, respectfully notifies the Court and all parties that he has paid the $405 filing fee via Pay.gov (Tracking Number EDS-260323-003-1160, Pay.gov Tracking ID 280NVR4I, dated 3/23/2026 — receipt attached).

This payment cures the administrative IFP-related delay in the issuance of signed and sealed summonses. Plaintiff requests that the Clerk immediately issue the new summonses and that any necessary extension under Rule 4(m) be granted to complete service.

Defendants have had actual notice of this action since at least March 6, 2026 (waiver packets), March 11, 2026, and March 19–20, 2026 (direct emails to the Board, CEO, and Chubb), as documented in the Supplemental Facts Notice. Despite this notice and the docketed proofs of service (Entries 12–14), no Notice of Appearance has been filed.

Plaintiff reserves all rights to seek recovery of all costs incurred due to Defendants' refusal to waive service under Rule 4(d) and subsequent procedural obstruction, including the original service fees and any additional expenses.

Executed on March 23, 2026 Las Vegas, Nevada

Jared Ashcraft Digitally signed by Jared Ashcraft Date: 2026.03.23 08:40:23 -07'00'

Dated: March 23, 2026

/s Jared Ashcraft

Jared Ashcraft, Pro Se

Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, I served the foregoing **NOTICE OF PAYMENT OF FILING FEE AND REQUEST FOR IMMEDIATE ISSUANCE OF SUMMONSES** by electronic mail on Defendants through their senior executive and corporate notice channels previously used for actual notice in this action, including:

FCB Board Distribution FCBDirectors@FirstCitizens.com
Investor Relations investor.relations@firstcitizens.com
Matt Martin matt.martin@firstcitizens.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 23, 2026

/s Jared Ashcraft

# You have successfully paid your filing fee using the Pay.gov website.

**Name:** Jared Ashcraft
**Tracking Number:** EDS-260323-003-1160
**Pay.gov Tracking ID:** 280NVR4I
**Amount:** $405
**Date:** 3/23/2026

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the submission page.